# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 10, 2018.

Selected Entity Name: HAGEDORN FORDHAM ROAD, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | HAGEDORN FORDHAM ROAD, INC. |
| **DOS ID #:** | 166728 |
| **Initial DOS Filing Date:** | AUGUST 01, 1957 |
| **County:** | BRONX |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O MANUFACTURERS HANOVER TRUST CO.
350 PARK AVE
NEW YORK, NEW YORK, 10022

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 01, 1957 | Actual | HAGEDORN FORDHAM ROAD, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through January 10, 2018.

Selected Entity Name: DORNHAGE REALTY COMPANY, INC.

Selected Entity Status Information

**Current Entity Name:** DORNHAGE REALTY COMPANY, INC.
**DOS ID #:** 19394
**Initial DOS Filing Date:** FEBRUARY 13, 1924
**County:** BRONX
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O JP MORGAN CHASE BANK NA
270 PARK AVENUE
NEW YORK, NEW YORK, 10017

**Chief Executive Officer**
JOHN J KINDRED III
550 OLD COLONY RD
PEMAQUID, MAINE, 04558

**Principal Executive Office**
C/O JP MORGAN CHASE BANK NA
270 PARK AVENUE
NEW YORK, NEW YORK, 10017

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or

directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 0 | Capital Stock | 100000 |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| FEB 13, 1924 | Actual | DORNHAGE REALTY COMPANY, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  |  New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us