APR 1 2 2004

# Deed



COUNTY OF MONMOUTH
CONSIDERATION 1,000,000-
RTF 7175   add'l RTF
DATE 5/12/04 BY ▢

This Deed is made on 3/15/04 APR 3 0 2004
**BETWEEN**
229 ALLEN AVENUE, LLC, a New Jersey Limited Liability Company

whose post office address is
125 Dover Street
Brooklyn, New York  11235

429541

referred to as the Grantor,
**AND**
SAMUEL CHERA AND ARLENE CHERA, H/W

whose post office address is

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1. Transfer of Ownership.**  The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee.  This transfer is made for the sum of
$1,000,000.00
The Grantor acknowledges receipt of this money.

**2. Tax Map Reference.**   (N.J.S.A. 46:15-1.1) Municipality of Allenhurst
Block No. 15          Lot No. 15          Qualifier No.          Account No.
   ☐ No property tax identification number is available on the date of this Deed.  (Check Box if Applicable.)

**3. Property.**   The Property consists of the land and all the buildings and structures on the land in
the Borough          of Allenhurst
County of Monmouth                    and State of New Jersey.  The legal description is:

   ☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable.)
Being the same premises conveyed to the Grantors by deed from Madeline L. Janowski which deed is dated January 22, 2004 and is presently at the Monmouth County Clerk's Office for filing.

```
M CLAIRE FRENCH, CTY CLK
MONMOUTH COUNTY, NJ

  INSTRUMENT NUMBER
    200410594 6
       RECORDED ON
   May 12, 2004
    6:06:10 PM
   BOOK:OR-8361
    PAGE:3417
    Total Pages: 3

REALTY TRANSFER   $7,175.00
FEES
COUNTY RECORDING   $60.00
FEES
TOTAL             $7,235.00
```

*Prepared by:* (print signer's name below signature)

PETER B. GRIMM, ESQ.

(For Recorder's Use Only)

103U - Deed - Bargain and Sale
Cov. to Grantor's Act - Ind. to Ind. or Corp.
Plain Language Rev. 10/96 Print date 11/96



©1996 by ALL-STATE Legal
A Division of ALL-STATE® International, Inc.
(908) 272-0800                               Page 1

"Not Certified Copy" (watermark)

DESCRIPTION

ALL that certain lot, parcel or tract of land, situate and lying in the Borough of Allenhurst, County of Monmouth, State of New Jersey, and being more particularly described as follows:

BEGINNING at an iron pipe in the northerly line of Allen Avenue distant 217.86 feet easterly from the intersection of the northerly line of Allen Avenue with the easterly line of Page Avenue, which beginning point is also the southeasterly corner of Lot No. 272, and running

(1) North 21 degrees 30 minutes East along the easterly line of Lot No. 272, 151.86 feet to an iron pipe at the southwesterly corner of Lot No. 242; thence

(2) South 69 degrees 00 minutes East along the southerly lines of Lot Nos. 242 and 243, 100 feet to an iron pipe at the northwesterly corner of Lot No. 269; thence

(3) South 21 degrees 30 minutes West along the westerly line of Lot No. 269, 152.73 feet to a hole in the northerly line of Allen Avenue; thence

(4) North 68 degrees 30 minutes West along the northerly line of Allen Avenue 100 feet to the iron pipe and place of beginning.

BEING known and designated as Lots 270 and 271 as shown on map entitled "Map of Lands of the Coast Land Company Deal Beach" filed in the Monmouth County Clerk's Office on March 4, 1897 on Map No. 1.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 15 in Block 15 on the Borough of Allenhurst Tax Map.

The above description is drawn in accordance with a survey made by Charles V. Bell Associates, Inc. dated January 22, 2003.

The street address of the Property is:
229 Allen Avenue
Allenhurst, New Jersey

**4. Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**5. Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:

_____ (Seal)
229 ALLEN AVENUE, LLC

_____                _____ (Seal)
                                                BY: HAIM ZARI, SOLE MEMBER

_____ (Seal)


STATE OF NEW JERSEY, COUNTY OF Monmouth        SS.
I CERTIFY that on 3/10/04
HAIM ZARI, as sole member of 229 Allen Avenue, LLC

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and,

(c) made this Deed for $ 1,000,000.00            as the full and actual consideration paid or to be paid for the
transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

RECORD AND RETURN TO:
LAW OFFICES
MARK A. STEINBERG
2300 STATE HIGHWAY 66
P.O. BOX 925
NEPTUNE, NJ 07754-0925

acct 832

_____
(Print name and title below signature)
JUDITH K. SCHNEIDER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 4, 2005

103U - Deed - Bargain and Sale
Cov. to Grantor's Act - Ind. to Ind. or Corp.
Plain Language Rev. 10/96

©1996 by ALL-STATE Legal
A Division of ALL-STATE® International, Inc.
(908) 272-0800                                    Page 2